UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

BOBBY FRANCIS LOWRY V,

    Plaintiff,

v.                                                    Civ No. 19-216 MV/GJF

NEW MEXICO DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

### ORDER PERMITTING PAGE LIMIT EXTENSION

THIS MATTER IS before the Court on Defendants Kristina Cordell and Roberta Cohen's "Motion to Exceed Page Limit" [ECF 30] ("Motion"), which seeks this Court's permission to exceed the page limit for Defendants' Response brief [ECF 28] addressing Plaintiff's Motion for Preliminary injunction. Although this Response is 16 pages, the exhibits are voluminous and exceed the page limit provided by Local Rule 10.5. *See* ECFs 28-1 to 28-7. Having reviewed the Motion, the record, and extant case law, the Court finds the Motion to be well taken and therefore **GRANTS** Defendants' Motion.[1]

**IT IS THEREFORE ORDERED** that Defendants' Response, and accompanying exhibits, be accepted as filed.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Defendants have no practical way of conferring with Plaintiff to determine, pursuant to D.N.M.LR-Civ. 7.1, whether he opposes such a motion—as he has only provided his physical address in Montana (but no phone number or email). If Plaintiff wishes to oppose this Motion, the Court will provide Plaintiff an opportunity to respond, and the Court may reconsider its ruling if necessary.